OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1R        $ 00.26⁵
0006557458    MAR 26 2015
MAILED FROM ZIP CODE 78701

3/25/2015
BARKER, CORA BELL        Tr. Ct. No. 1207562-A        WR-83,003-01
On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk

CORA BELL BARKER
HOBBY UNIT - TDC # 1666355   RTS
                                Rel
                                              U TF